**Appeal Dismissed and Memorandum Opinion filed November 22, 2022.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-22-00611-CV

## KOMERICA POST, LLC AND DONG WOOK YANG, Appellants

## V.

## JAI SUNG BYUN, Appellee

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-12612**

### MEMORANDUM OPINION

This appeal is from a turnover order signed August 15, 2022, which is a final judgment. *See Schultz v. Fifth Judicial Dist. Court of Appeals*, 810 S.W.2d 738, 740 (Tex. 1991) (orig. proceeding), *abrogated on other grounds by In re Sheshtawy*, 154 S.W.3d 114, 124–25 (Tex. 2004 (orig. proceeding). The clerk's record was filed September 19, 2022. The reporter's record was filed October 5, 2022. No brief was filed.

On September 27, 2022, this court issued an order stating that unless appellant filed a brief on or before October 17, 2022, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.